IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SHEILA VALLIAN, | § | |
| on behalf of K.E.S., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-10-1739 |
| | § | |
| MICHAEL J. ASTRUE, | § | |
| COMMISSIONER OF SOCIAL | § | |
| SECURITY, | § | |
| | § | |
| Defendant. | § | |

## ORDER ADOPTING MEMORANDUM AND RECOMMENDATION

This court has reviewed the Memorandum and Recommendation of the United States Magistrate Judge signed on July 25, 2011 and has made a *de novo* determination of the Magistrate Judge's recommended disposition. Rule 72(b), Fed. R. Civ. P.; 28 U.S.C. § 636(b)(1)(C); *United States v. Wilson*, 864 F.2d 1219 (5th Cir. 1989). No objections have been filed. This court finds that the Memorandum and Recommendation should be, and is, adopted as this court's Memorandum and Order. This court grants the defendant's motion for summary judgment and denies the plaintiff's motion. This court finds that the Administrative Law Judge's decision that K.E.S., the plaintiff's daughter, is not disabled is supported by substantial evidence and was consistent with the applicable law. Final judgment dismissing this suit is entered by separate order.

SIGNED on August 17, 2011, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge