# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| SHEILA VALLIAN, on behalf of K.E.S., | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. H-10-1739 |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY, | § § § § § | |
| Defendant. | § | |

## FINAL JUDGMENT

In accordance with the court's Order Adopting Memorandum and Recommendation of even date, this action is dismissed with prejudice.

This is a final judgment.

SIGNED on August 17, 2011, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge